1
2
3
4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7   JANE DOE F-1,                              Case No.  23-cv-03945-HSG

8            Plaintiff,

9        v.                                    **REFERRAL FOR PURPOSE OF
                                               DETERMINING RELATIONSHIP**
10  UBER TECHNOLOGIES, INC., et al.,

11           Defendants.

12  JANE DOE LS 90,                            Case No.  23-cv-03956-HSG

13           Plaintiff,

14       v.

15  UBER TECHNOLOGIES, INC., et al.,

16           Defendants.

17  R T,                                       Case No.  23-cv-04301-HSG

18           Plaintiff,

19       v.

20  UBER TECHNOLOGIES INC., et al.,

21           Defendants.

22  JANE DOE LS 231,                           Case No.  23-cv-04367-HSG

23           Plaintiff,

24       v.

25  UBER TECHNOLOGIES, INC.,, et al.,

26           Defendants.

27

28

United States District Court
Northern District of California

United States District Court
Northern District of California

E. E.,

               Plaintiff,

      v.

UBER TECHNOLOGIES, INC., et al.,

             Defendants.

Case No.  23-cv-04744-HSG

Pursuant to Civil Local Rule 3-12(c) and Rule 7.2(a) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, the above-entitled cases are hereby **REFERRED** to Judge Charles R. Breyer for consideration of whether the cases are related to *In re: Uber Technologies, Inc.*, Case No. 23-md-03084-CRB.

      **IT IS SO ORDERED.**

Dated:   10/12/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge